UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PRIOLA, PHILIP C. § Case No. 09-31647
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15am on 1/7/11 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/17/2010    By: /s/DEBORAH K. EBNER
                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PRIOLA, PHILIP C.    §    Case No. 09-31647
                            §
                            §
Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,004.33 |
| and approved disbursements of | $ 8.24 |
| leaving a balance on hand of [1] | $ 9,996.09 |
| **Balance on hand:** | $ 9,996.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |
| | | Total to be paid to secured creditors: | | $ | 0.00 |
| | | Remaining balance: | | $ | 9,996.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,750.43 | 0.00 | 1,750.43 |
| Trustee, Expenses - DEBORAH K. EBNER | 8.92 | 0.00 | 8.92 |
| Total to be paid for chapter 7 administration expenses: | | $ | 1,759.35 |
| Remaining balance: | | $ | 8,236.74 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,236.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,236.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,450.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp. | 14,442.45 | 0.00 | 871.82 |
| 2 | Chase Bank USA, N.A. | 16,121.21 | 0.00 | 973.15 |
| 3 | Chase Bank USA, N.A. | 20,742.61 | 0.00 | 1,252.11 |
| 4 | Chase Bank USA, N.A. | 9,732.87 | 0.00 | 587.52 |
| 5 | PYOD LLC its successors as assignee of Citibank | 1,048.08 | 0.00 | 63.27 |
| 6 | PYOD LLC its successors as assignee of Citibank | 12,805.05 | 0.00 | 772.97 |
| 7 | PYOD LLC its successors as assignee of Citibank | 83.28 | 0.00 | 5.03 |
| 8 | American Express Bank, FSB | 784.69 | 0.00 | 47.37 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | American Express Centurion Bank | 21,385.57 | 0.00 | 1,290.92 |
| 10 | FIA CARD SERVICES,NA/BOA BY AMERICAN INFOSOURCE LP ITS AGENT | 9,409.05 | 0.00 | 567.97 |
| 11 | FIA CARD SERVICES, NA/BOA BY AMERICAN INFOSOURCE ITS AGENT | 10,120.62 | 0.00 | 610.92 |
| 12 | DISCOVER BANK | 3,813.26 | 0.00 | 230.18 |
| 13 | CAPITAL ONE BANK USA, NA BY AMERICAN INFOSOURCE LP ITS AGENT | 15,961.67 | 0.00 | 963.51 |

Total to be paid for timely general unsecured claims: $ 8,236.74
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                Page 1 of 2               Date Rcvd: Dec 01, 2010
Case: 09-31647                 Form ID: pdf006             Total Noticed: 26

The following entities were noticed by first class mail on Dec 03, 2010.
db           +Philip C. Priola,    1657 Ashbury Lane,    Romeoville, IL 60446-4886
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
14569421    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court:  Advanta Bank Corp.,     POB 3001,    Malvern, PA 19355-0701)
14372629     +AT&T Universal/Citi,    Processing Center,    Des Moines, IA 50363-0001
14372630     +AT&T/Citi,    Processing Center,    Des Moines, IA 50363-0001
14372625     +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14615748   +++American Express Bank, FSB,    Becket and Lee,    POB 3001,    Malvern, PA 19355-0701
14615749      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14372631     +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
14829862      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC  28272-1083
14372642    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  WAMU,    PO Box 660487,    Dallas, TX 75266)
14372634     +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
14372635     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
14596008      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14372637     +Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
14487830      Holmes Beach Property,    Management P O Box 1607,    Holmes Beach, FL 34218
14597552     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14372640     +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
14372641     +Wachovia,    PO Box 659558,    San Antonio, TX 78265-9558
The following entities were noticed by electronic transmission on Dec 02, 2010.
14372624      E-mail/Text: bkr@cardworks.com                            Advanta,    PO Box 8088,
               Philadelphia, PA 19101
14372633     +E-mail/Text: jraichel@cms-collect.com                           Capital Management Services, LP,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
14823026      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 02 2010 03:02:20     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14372638     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 02 2010 03:02:20     Discover,    PO Box 6103,
               Carol Stream, IL 60197-6103
14747324      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2010 03:01:27
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14372639     +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2010 03:07:31     GE Money Bank/Care Credit,
               PO Box 981438,    El Paso, TX 79998-1438
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14372627      Angela Priola
14372628      Angela Priola
14372626*    +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14372632*    +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
14372636*    +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: dramey           Page 2 of 2            Date Rcvd: Dec 01, 2010
Case: 09-31647               Form ID: pdf006         Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**          **Signature:**    *Joseph Speetjens*