# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PRIOLA, PHILIP C.                                              Case No. 09-31647
                                                                      Chapter   7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                         Assets Exempt:  $22,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,236.91       Claims Discharged
                                                 Without Payment:  $131,193.50

Total Expenses of Administration:  $1,767.59

---

3) Total gross receipts of $    10,004.50    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $10,004.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $544,493.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,767.59 | 1,767.59 | 1,767.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 124,275.00 | 136,450.41 | 136,450.41 | 8,236.91 |
| **TOTAL DISBURSEMENTS** | $668,768.00 | $138,218.00 | $138,218.00 | $10,004.50 |

    4) This case was originally filed under Chapter 7 on August 27, 2009. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2011          By: /s/DEBORAH K. EBNER
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest in annuity w/Edward Jones | 1129-000 | 4,000.00 |
| 47,000 shares in GEOVAX Labs, Inc. | 1129-000 | 4,000.00 |
| Turnover of funds liquidated pre-petition | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 4.50 |
| **TOTAL GROSS RECEIPTS** | | **$10,004.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide Home Loans | 4110-000 | 170,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia | 4110-000 | 372,915.00 | N/A | N/A | 0.00 |
| NOTFILED | Holmes Beach Property Mangement | 4110-000 | 1,578.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$544,493.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,750.43 | 1,750.43 | 1,750.43 |
| DEBORAH K. EBNER | 2200-000 | N/A | 8.92 | 8.92 | 8.92 |
| International Sureties | 2300-000 | N/A | 8.24 | 8.24 | 8.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,767.59 | 1,767.59 | 1,767.59 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corp. | 7100-000 | 13,274.00 | 14,442.45 | 14,442.45 | 871.83 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 14,956.00 | 16,121.21 | 16,121.21 | 973.17 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 18,295.00 | 20,742.61 | 20,742.61 | 1,252.14 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 8,145.00 | 9,732.87 | 9,732.87 | 587.53 |
| 5 | PYOD LLC its successors as assignee of Citibank | 7100-000 | 632.00 | 1,048.08 | 1,048.08 | 63.27 |
| 6 | PYOD LLC its successors as assignee of Citibank | 7100-000 | 10,402.00 | 12,805.05 | 12,805.05 | 772.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | PYOD LLC its successors as assignee of Citibank | 7100-000 | N/A | 83.28 | 83.28 | 5.03 |
| 8 | American Express Bank, FSB | 7100-000 | N/A | 784.69 | 784.69 | 47.37 |
| 9 | American Express Centurion Bank | 7100-000 | 20,355.00 | 21,385.57 | 21,385.57 | 1,290.95 |
| 10 | FIA CARD SERVICES,NA/BOA BY AMERICAN INFOSOURCE LP ITS | 7100-000 | 8,580.00 | 9,409.05 | 9,409.05 | 567.98 |
| 11 | FIA CARD SERVICES, NA/BOA BY AMERICAN INFOSOURCE ITS | 7100-000 | 8,790.00 | 10,120.62 | 10,120.62 | 610.94 |
| 12 | DISCOVER BANK | 7100-000 | 2,908.00 | 3,813.26 | 3,813.26 | 230.19 |
| 13 | CAPITAL ONE BANK USA, NA BY AMERICAN INFOSOURCE LP ITS | 7100-000 | 14,958.00 | 15,961.67 | 15,961.67 | 963.53 |
| NOTFILED | Capital Management Services, LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank/Care Credit | 7100-000 | 837.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T/Citi Processing Center | 7100-000 | 2,143.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 124,275.00 | 136,450.41 | 136,450.41 | 8,236.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-31647  
**Case Name:** PRIOLA, PHILIP C.  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/27/09 (f)  
**§341(a) Meeting Date:** 10/05/09  

**Period Ending:** 03/20/11  
**Claims Bar Date:** 01/06/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 1657 Ashbury Lane, Romeoville, | 216,900.00 | 31,900.00 | | 0.00 | FA |
| 2 | Florida Home: 4200 Golf Drive, Holmes, Florida | 425,000.00 | 50,507.00 | | 0.00 | FA |
| 3 | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4 | 1/2 interest in joint checking w/National City | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 interest in misc. household goods & furnshin | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1/2 interest in misc. household goods and furnis | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Cash value life insurance w/Symtra (wife is bene | 1,300.00 | 0.00 | | 0.00 | FA |
| 9 | 1/2 interest in annuity w/Edward Jones | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 10 | Pension w/Northern Trust | Unknown | 0.00 | | 0.00 | FA |
| 11 | 47,000 shares in GEOVAX Labs, Inc. | 8,000.00 | 8,000.00 | | 4,000.00 | FA |
| 12 | Vehicle: 2001 Toyota Camry | 4,200.00 | 0.00 | | 0.00 | FA |
| 13 | Vehicle: 1994 Nissan Altima (130,000 miles and i | 900.00 | 900.00 | | 0.00 | FA |
| 14 | Turnover of funds liquidated pre-petition | Unknown | 4,000.00 | | 2,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.50 | FA |
| 15 | Assets Totals (Excluding unknown values) | $663,500.00 | $99,307.00 | | $10,004.50 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report filed, distribution made. Trustee awaiting clearance of checks.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** November 30, 2010  (Actual)

Printed: 03/20/2011 01:03 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-31647  
**Case Name:** PRIOLA, PHILIP C.  
**Taxpayer ID #:** **-***5723  
**Period Ending:** 03/20/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/09 | {9} | THe Hartford | liquidation of Trustee's interest in the Edward Jones account | 1129-000 | 2,084.33 | | 2,084.33 |
| 11/24/09 | | Lincoln Finanacial Group | | | 7,144.49 | | 9,228.82 |
| | {9} | | Liquidation of Trustee's interest in the Edward Jones account   1,915.67 | 1129-000 | | | 9,228.82 |
| | {11} | | Liquidation of the stock that is disclosed in the scheuldes   4,000.00 | 1129-000 | | | 9,228.82 |
| | {14} | | Interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy;   1,228.82 | 1129-000 | | | 9,228.82 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,229.20 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest | 1270-000 | -0.10 | | 9,229.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,229.46 |
| 02/03/10 | 1001 | International Sureties | VOIDED Check Voided on 02/04/10 | 2300-000 | | 8.24 | 9,221.22 |
| 02/04/10 | 1001 | International Sureties | VOIDED Check Voided: check issued on 02/03/10 | 2300-000 | | -8.24 | 9,229.46 |
| 02/04/10 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-31647, #01602645 | 2300-000 | | 8.24 | 9,221.22 |
| 02/16/10 | {14} | Philip C Priola | interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 130.00 | | 9,351.22 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,351.57 |
| 03/10/10 | {14} | Philip Priola | interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 130.00 | | 9,481.57 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,481.99 |
| 04/12/10 | {14} | Philip C. Priola | interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 130.00 | | 9,611.99 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.24 | | 9,612.23 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -9,612.23 | | 0.00 |

Subtotals :   $8.24   $8.24

{} Asset reference(s)

Printed: 03/20/2011 01:03 PM    V.12.56

Case 09-31647 Doc 36 Filed 04/19/11 Entered 04/19/11 22:09:28 Desc Main Document Page 8 of 11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-31647  
**Case Name:** PRIOLA, PHILIP C.  
**Taxpayer ID #:** **-***5723  
**Period Ending:** 03/20/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8.24 | 8.24 | $0.00 |
| | | | Less: Bank Transfers | | -9,612.23 | 0.00 | |
| | | | **Subtotal** | | 9,620.47 | 8.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,620.47** | **$8.24** | |

{} Asset reference(s)

Printed: 03/20/2011 01:03 PM    V.12.56

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-31647 | **Trustee:** DEBORAH K. EBNER (330480) |
| **Case Name:** PRIOLA, PHILIP C. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******63-65 - Money Market Account |
| **Taxpayer ID #:** **-***5723 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 03/20/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 9,612.23 | | 9,612.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 9,612.43 |
| 05/06/10 | {14} | Philip C. Priola | interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 130.00 | | 9,742.43 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 9,743.01 |
| 06/10/10 | {14} | Philip and Angela Prioa | interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 130.00 | | 9,873.01 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 9,873.57 |
| 07/08/10 | {14} | Philip C. Priola | final payment - interest in an automobile that was purchased for non filing wife with the debtor's money immediately before the bankruptcy; | 1129-000 | 121.18 | | 9,994.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,995.34 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,995.93 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,996.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,996.09 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,996.17 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,996.25 |
| 01/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 9,996.26 |
| 01/07/11 | | To Account #9200******6366 | Transfer to checking account to disburse per Court Order | 9999-000 | | 9,996.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,996.26 | 9,996.26 | **$0.00** |
| | | | Less: Bank Transfers | | 9,612.23 | 9,996.26 | |
| | | | **Subtotal** | | **384.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$384.03** | **$0.00** | |

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-31647  
**Case Name:** PRIOLA, PHILIP C.  
**Taxpayer ID #:** **-***5723  
**Period Ending:** 03/20/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/11 | | From Account #9200******6365 | Transfer to checking account to disburse per Court Order | 9999-000 | 9,996.26 | | 9,996.26 |
| 01/17/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,750.43, Trustee Compensation; Reference: | 2100-000 | | 1,750.43 | 8,245.83 |
| 01/17/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $8.92, Trustee Expenses; Reference: | 2200-000 | | 8.92 | 8,236.91 |
| 01/17/11 | 103 | Advanta Bank Corp. | Dividend paid 6.03% on $14,442.45; Claim# 1; Filed: $14,442.45; Reference: 5584-1800-1610-3114 | 7100-000 | | 871.83 | 7,365.08 |
| 01/17/11 | 104 | Chase Bank USA, N.A. | Dividend paid 6.03% on $16,121.21; Claim# 2; Filed: $16,121.21; Reference: 4417-1297-3626-4751 | 7100-000 | | 973.17 | 6,391.91 |
| 01/17/11 | 105 | Chase Bank USA, N.A. | Dividend paid 6.03% on $20,742.61; Claim# 3; Filed: $20,742.61; Reference: 4417-1285-6293-5154 | 7100-000 | | 1,252.14 | 5,139.77 |
| 01/17/11 | 106 | Chase Bank USA, N.A. | Dividend paid 6.03% on $9,732.87; Claim# 4; Filed: $9,732.87; Reference: 4185-8647-1334-8140 | 7100-000 | | 587.53 | 4,552.24 |
| 01/17/11 | 107 | PYOD LLC its successors as assignee of Citibank | Dividend paid 6.03% on $1,048.08; Claim# 5; Filed: $1,048.08; Reference: 5121-0717-6297-1293 | 7100-000 | | 63.27 | 4,488.97 |
| 01/17/11 | 108 | PYOD LLC its successors as assignee of Citibank | Dividend paid 6.03% on $12,805.05; Claim# 6; Filed: $12,805.05; Reference: 5491-1303-1378-6733 | 7100-000 | | 772.98 | 3,715.99 |
| 01/17/11 | 109 | PYOD LLC its successors as assignee of Citibank | Dividend paid 6.03% on $83.28; Claim# 7; Filed: $83.28; Reference: | 7100-000 | | 5.03 | 3,710.96 |
| 01/17/11 | 110 | American Express Bank, FSB | Dividend paid 6.03% on $784.69; Claim# 8; Filed: $784.69; Reference: | 7100-000 | | 47.37 | 3,663.59 |
| 01/17/11 | 111 | American Express Centurion Bank | Dividend paid 6.03% on $21,385.57; Claim# 9; Filed: $21,385.57; Reference: 3723-971231-41004 | 7100-000 | | 1,290.95 | 2,372.64 |
| 01/17/11 | 112 | FIA CARD SERVICES,NA/BOA BY AMERICAN INFOSOURCE LP ITS AGENT | Dividend paid 6.03% on $9,409.05; Claim# 10; Filed: $9,409.05; Reference: 4888-9310-3825-8245 | 7100-000 | | 567.98 | 1,804.66 |
| 01/17/11 | 113 | FIA CARD SERVICES, NA/BOA BY AMERICAN INFOSOURCE ITS AGENT | Dividend paid 6.03% on $10,120.62; Claim# 11; Filed: $10,120.62; Reference: 4264-2813-9204-0225 | 7100-000 | | 610.94 | 1,193.72 |
| 01/17/11 | 114 | DISCOVER BANK | Dividend paid 6.03% on $3,813.26; Claim# 12; Filed: $3,813.26; Reference: 1318 | 7100-000 | | 230.19 | 963.53 |

Subtotals :           $9,996.26           $9,032.73

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-31647 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | PRIOLA, PHILIP C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-66 - Checking Account |
| Taxpayer ID #: | **-***5723 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/11 | 115 | CAPITAL ONE BANK USA, NA BY AMERICAN INFOSOURCE LP ITS AGENT | Dividend paid   6.03% on $15,961.67; Claim# 13; Filed: $15,961.67; Reference: 5291-4921-9764-1323 | 7100-000 | | 963.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,996.26** | **9,996.26** | **$0.00** |
| | | | Less: Bank Transfers | | 9,996.26 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **9,996.26** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,996.26** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****63-65** | 9,620.47 | 8.24 | 0.00 |
| **MMA # 9200-******63-65** | 384.03 | 0.00 | 0.00 |
| **Checking # 9200-******63-66** | 0.00 | 9,996.26 | 0.00 |
| | $10,004.50 | $10,004.50 | $0.00 |

{} Asset reference(s)                                                               Printed: 03/20/2011 01:03 PM   V.12.56